**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**
------------------------------------------------------------------x
GUI ZHEN ZHU,
*on behalf of themselves and others similarly situated,*
                Plaintiffs,

                  No. 18-cv-00203 (CSH)

    v.

MATSU CORP
    d/b/a Matsu,
MATSU GRILL CO. LLC
    a/k/a Matsuri,
KIMMING MARTY CHENG, and
ZIQIAO CAO
    a/k/a Michael Cao,
                Defendants.
------------------------------------------------------------------x

**MOTION FOR PREJUDGMENT REMEDY AND DISCLOSURE OF ASSETS**

Pursuant to the Local Rules of Civil Procedure of the District of Connecticut, L.R. 4(c), and pursuant to Connecticut law, Conn. Gen. Stat. §§ 52-278(a) *et seq.*, Plaintiff and opt-in Plaintiff Rong Jiao Yin respectfully request that the Court enter an Order granting a prejudgment remedy sufficient to meet their claims under: the Fair Labor Standards Act, 29 U.S.C. §§ 201 *et seq.*; the Connecticut Minimum Wage Act, Conn. Gen. Stat. §§ 31-58 *et seq.*; and other causes of action, by attaching assets belonging to Defendants in the amount of $87,283.35. As set forth in the accompanying memorandum of law, Plaintiffs meet the standard for the issuance of a prejudgment remedy under Connecticut law because: (1) there is probable cause to believe that Plaintiffs will prevail on the merits of their claims as stated in their Complaint; and (2) the amount of Defendants' assets that Plaintiffs seek to attach is reasonably related to the damages that could be awarded in this matter.

Plaintiffs also ask the Court to exercise its authority under Connecticut law, Conn. Gen. Stat. § 52-278(n), to order Defendants to disclose assets to satisfy the prejudgment remedy.

Dated:  May 5, 2020
        Flushing, NY

        Respectfully submitted,
        Troy Law, PLLC


        */s/ John Troy*
        John Troy
        41-25 Kissena Boulevard
        Suite 103
        Flushing, NY 11355
        (718) 762-1324
        troylaw@troypllc.com
        *Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 5, 2020, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

　　　　　　　　　　　　　　　　　　　　　　　*/s/ John Troy*
　　　　　　　　　　　　　　　　　　　　　　　John Troy