**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**
------------------------------------------------------------------x
GUI ZHEN ZHU,
*on behalf of themselves and others similarly situated,*
                            Plaintiffs,

                  No. 18-cv-00203 (CSH)

          v.

MATSU CORP
    d/b/a Matsu,
MATSU GRILL CO. LLC
    a/k/a Matsuri,
KIMMING MARTY CHENG, and
ZIQIAO CAO
    a/k/a Michael Cao,
                            Defendants.

**DECLARATION OF JOHN TROY IN SUPPORT OF MOTION FOR PREJUDGMENT REMEDY AND DISCLOSURE OF ASSETS**

------------------------------------------------------------------x

I, John Troy, declare under penalty of perjury that:

1. I am an attorney of record on this case, authorized to practice before the Bar of the United States District Court for the District of Connecticut.

2. I have personal knowledge of the matters stated below.

3. Attached as exhibits to this Declarations are:

    Exhibit 1.    A true and correct copy of an affidavit of Gui Zhen Zhu;

    Exhibit 2.    A true and correct copy of an affidavit of Gui Zhen Zhu;

    Exhibit 3.    A true and correct copy of an affidavit of Rong Jiao Yin;

    Exhibit 4.    A true and correct copy of an affidavit of Rong Jiao Yin;

    Exhibit 5.    A true and correct copy of an Order granting a similar prejudgment remedy in the related case *Jiang et al v. Matsu Corp. et al*, No. 17-cv-02011 (SRU) (D. Conn.);

    Exhibit 6.    Damage calculation; and

    Exhibit 7.    Proposed Order.

    4.    I certify under penalty of perjury that the foregoing is true and correct.

Dated: May 5, 2020
       Flushing, NY

                Respectfully submitted,
                TROY LAW, PLLC

                */s/ John Troy*
                John Troy
                41-25 Kissena Boulevard
                Suite 103
                Flushing, NY 11355
                (718) 762-1324
                troylaw@troypllc.com
                *Attorney for Plaintiffs*