TROY LAW, PLLC
John Troy (JT 0481)
41-25 Kissena Boulevard Suite 119
Flushing, NY 11355
Tel: (718) 762-1324
*Attorney for the Plaintiff, proposed FLSA Collective and potential Rule 23 Class*

<u>Case No. 18-cv-00203</u>

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------X
GUI ZHEN ZHU, and
RONG JIAO YIN,
*on her own behalf and on behalf of others similarly situated*

                       Plaintiff,
                       v.

MATSU CORP d/b/a Matsu;
MATSU GRILL CO. LLC, d/b/a Matsuri;
KIMMING MARTY CHENG, and
ZIQIAO CAO a/k/a Michael Cao

                       Defendants.
---------------------------------------------------------X

<u>**29 U.S.C. § 216(b) COLLECTIVE ACTION & FED. R. CIV. P. 23 CLASS ACTION**</u>

**AFFIDAVIT OF GUI ZHEN ZHU IN SUPPORT OF PLAINTIFF'S MOTION FOR CONDITIONAL COLLECTIVE CERTIFICATION**

I, GUI ZHEN ZHU being duly sworn and under penalty of perjury, deposes and states as follows:

1. I am a resident of Queens, New York, and I am over 18 years old.

2. I have personal knowledge of the matters stated below.

3. From on or about November 1, 2012 to February 29, 2016, I worked as a packer for MATSU CORP d/b/a Matsu, located at 33 Jessup Road, Westport, CT 60880.

4. As a packer, I was required to pack the food for delivery man to pick up and deliver our customers. Apart from packing the food I also had to prepare salad and soup for delivery man to deliver to the customers.

5. I was hired by a Malaysian Person; he was called by him nickname Bling in the restaurant.

6. Mr. Bling told me what to do at my first day of work, but never updated my assignment after that. By 2013 or 2014, Mr. Bling was no longer working in the restaurant.

7. I am aware that all of the employees at the MATSU CORP d/b/a Matsu can only speak and understand Mandarin, or Chinese language.

8. Throughout my employment at the Defendants' MATSU CORP d/b/a Matsu, my regular work schedule would change from time to time.

9. From on or about January 1, 2012 to on or about December 31, 2014, while working with the Defendants' my regular work schedule ran as follows:

    a. From 10:40 to 22:00 for eleven hours twenty minutes (11.20) a day with one lunch break for (1) hour at 14:30 from Tuesday through Sunday with Mondays' off for six (6) days a week.

    b. From on or about 2012 to 2014 my schedule for Friday was as follows, from 10:40 to 23:00 for twelve hours and twenty minutes (12.20) a day with one lunch break for (1) hour at 14:30.

    c. From on or about 2012 to 2014 my schedule especially on Saturdays was as follows, from 11:40 to 23:00 for eleven hours and twenty minutes (11.20) a day with one lunch break for (1) hour at 14:30.

10. From on or about January 1, 2015 to on or about February 29, 2016, while working with the Defendants' my regular work schedule ran as follows:

    a. From 10:40 to 22:00 for eleven hours twenty minutes (11.20) a day with a one (1) hour lunch break at 14:30 from Monday through Saturday with Sundays' off for six (6) days a week.

    b. My work schedules on Friday was from 10:40 to 23:00 for twelve hours and twenty minutes (12.20) a day with one lunch break for (1) hour at 14:30.

    c. My work schedule on Saturday was from 11:40 to 23:00 for eleven hours and twenty minutes (11.20) a day with one lunch break for (1) hour at 14:30.

11. On average, I worked for on or about sixty-eight (68) hours a week.

12. In addition, I would need to come into the restaurant twice (2) or thrice (3) a week for about one to two hours in the morning when the "big orders" [the total order price would exceed more than two thousand dollars ($2000)] come in.

13. Therefore, the average total number of hours I worked per week would be around seventy-two (72) hours per week including the additional four (4) hours I work twice or thrice a week in the morning.

14. Throughout my employment at the Defendants, I was required to work six (6) days a week with one (1) day off on either a Sunday or the Monday from on or about 2012 to on or about 2016 without any vacation break or any holidays.

15. I was given one hour of lunch break but often was required to cut short, whenever an order would come in, I would pack the food in order for the delivery drivers to deliver the food to the customers.

16. I was never given a dinner break I would need to wait until I get off work to have dinner.

17. At all relevant times, I was paid a flat compensation of total two thousand dollars ($2,000) a month. In which I was paid One thousand dollars ($1,000) in cash at the middle of the month and the rest of the one thousand dollars ($1,000) was paid on the end of the month through Check.

18. I was not paid the spread of hours for all days worked longer than ten (10) hours or the overtime compensation for all the hours I worked more than ten (10) hours a day.

19. I have never seen a notification, either in the form of poster notices or other means regarding overtime and wages under the FLSA and CMWA.

20. Defendants have never provided me any written notice, either in English or in Chinese (my native language), of my rate of pay, employer's regular pay day, and such other information as required by the CMWA.

21. I know that some of the employees, including other deliverymen who I have befriended are also not paid at least the minimum wage pay for all the hours worked.

22. I know there are about two (2) cooks working in the kitchen and two (2) chefs working at the Sushi Bar.

23. I know one of the cook who works in the kitchen, he is from Nantong, Jiangsu, China.

24. We call him "Ding Ding" he is about 5.74-foot tall, average weight, not fat and not thin.

25. Mr. "Ding Ding" started working there earlier than I did. He worked approximately from 2007 to 2017.

26. Mr. Ding worked six (6) days a week with one (1) day off each week.

27. I am aware about this because both of us have similar working schedules.

28. He also needed to work overtime when the "big orders" come in. He would sleep overnight with package paper as a blanket in the restaurant.

29. Whenever "big orders" come in he had to wake up at 4:00am and start working until the shift gets over and next day he had to resume to regular work schedule and was not given off. This would happen at least once a week.

30. I know this because he would talk to me the next morning when I went to work and that is how I know he worked about seventy-four (74) hours a week.

31. I am also aware that for all the overtime hours he is done he is only paid about sixty ($60) or eighty ($80) dollars for the additional six (6) hours he works from his regular schedule.

32. Mr. Ding Ding was paid biweekly about one thousand and two hundred dollars ($1200) or one thousand and four hundred dollars ($1,400).

33. Therefore, he got paid a little more than three thousand dollars ($3,000) a month.

34. I am aware that he did not get paid overtime for all the hours he worked more than 40 hours a week.

35. Mr. Ding Ding also never received overtime pay or at least the minimum wage for all the hours he worked more than 40 hours a week.

36. I know another person working in the kitchen he is called Da Jiang and is from Shang Hai, China.

37. . He is also not fat not thin, just like average people. He is tall, and is about 5.74, foot-tall with short hair.

38. Both of us have same working hours every day. We worked six (6) days a week, but we have different day off.

39. "Da Jiang" started working there earlier than I did. He worked approximately from 2007 to 2017.

40. He also needed to work overtime when the "big orders" come in. He would sleep overnight and use package paper as a blanket in the restaurant.

41. He would wake up the next morning at 04:00, and then start to work. He would not get off work earlier the next day. This would happen at least once a week.

42. I know this because when I step into work the next day both the cooks in the kitchen would tell me when they woke up in order to finish the order.

43. That is the reason why I know he worked seventy-four (74) a week.

44. He also told me that he only got sixty or eighty dollars ($60 or $80) for the extra 6 hours, never exceed one hundred dollars ($100).

45. He was paid also paid same like Mr. Ding Ding (other cook) was paid biweekly about one thousand and two hundred dollars ($1200) or one thousand and four hundred dollars ($1,400).

46. Therefore, he got paid a little more than three thousand dollars ($3,000) a month.

47. Mr. Da Jiang always worked more than 40 hours a week and was not paid at least the minimum wage or the overtime wages for all the hours he worked more than 10 hours a day.

48. I know two people who work as the sushi chefs at the Sushi Bar they are called by their nick names Sunny and Chief Song.

49. Sunny is from He Nan, China, he is shorter than the other cooks. He is fat and has short hair.

50. We have the same working hours. We worked 6 days a week. The only difference is he may have different day off.

51. However, like other chefs at the Defendants' restaurant sometimes he could not go home due to the orders that the restaurant would receive.

52. He would join the other chefs and sleep overnight in the restaurant.

53. During the "Big orders" he would wake up at around 04:00am with other chefs and start preparing food for delivery.

54. It would happen once a week and would get off work the same time as usual the next day.

55. I am aware that he is compensated only about ($60) or ($80) as overtime compensation. I am aware about this because he would talk to me next morning when I came to work and would complain how exhausting it was and how less boss would compensate him for his work.

56. He was supposed to get paid once a week, but boss only give him money once in every two weeks. Each time payment would be one thousand and two hundred dollars or one thousand and four hundred dollars ($1,200 or $1,400).

57. Therefore, he got paid a little more than three thousand dollars ($3,000) a month.

58. I am aware that Sunny always worked more than 40 hours a week and was not paid at least the minimum wage or the overtime wages for all the hours he worked more than 10 hours a day.

59. I know another chef known as Chef Song he is also from He Nan, China. He is an average looking person who is not too fat nor thin. He is about 5.74-foot-tall with short hair.

60. We have the same working hours. We worked 6 days a week. The only difference is he has a different day off than mine.

61. However, sometimes he didn't even have time to go home when the "big orders" come in. He would have to sleep overnight in the restaurant and use a package paper as blanket and sleep on the floor. During the "big orders" he had to wake up the next morning around 04:00am to start preparing food for delivery with other chefs who also stayed back.

62. The big orders would come in once a week and the chef would get off work the same time as usual the next day.

63. I am aware that the Defendants' don't pay him his overtime wages for all the hours he worked more than ten hours a day.

64. I am aware about this because we often interacted with each other during the work and he would tell me every time he had any big orders how exhausting it was and yet was only paid about sixty or eighty dollars ($60 or $80) for overtime work compensation.

65. Mr. Song was supposed to get paid once a week, but boss only gave him money once in every two weeks. He was paid about one thousand two hundred dollars ($1200) or one thousand four hundred dollars ($1,400).

66. I am aware Mr. Song was never paid for all the hours he worked at least the minimum wage because it is Defendants' common policy of not paying the employees the time and half amount for all the hours worked more than ten hours a day.

67. I know this because we would talk to each other when we had spare time, and we would discuss about the salary and how low the boss paid everyone even though we work hard.

68. I am aware that all the chefs and cooks are paid more than me because whenever I get time off we discuss about each other's pay and how many hours we had to work.

69. As described above, I know that it is Defendants' policy to not pay employees at least the minimum wage for each hour worked including not paying the employees at time and a half rate for their overtime hours.

70. I also know three waitresses and one waiter who were working there. They all are of similar age group between 30-33 years old when I was working there. According to my knowledge, all of them came from Fu Zhou, China.

71. All the waiters were already working from past three to four years at the Defendants even before I started working at the Matsu restaurant.

72. I know one waitress named Rebecca. She is thin and is about 5.24 foot-tall. She is from Fu Zhou, China and is around on or about 30 years old and started working for the Defendants' from about 2009.

73. I am aware that we both had similar working schedules because we use to see each other every day while I was working for the Defendants.

74. I know she would get more than one (1) day off. Sometimes she gets two (2) days off a week. I don't remember which day she would get day off, because the shifts change and there are about four waitresses/ waiters to switch their work with other waiters.

75. I am aware that she is paid very less because we often got the chance to interact with each other during the work and she would tell me that she would get only about thousand dollars ($1000) a month as her salary and the tips would vary from day to day with amount ranging from one hundred dollars ($100) when the restaurant was busy, to around fifty dollars ($50) a day when the restaurant is not busy.

76. She also said all the tips she received from the customers she could keep all of it to herself and need not share it with other waiters.

77. I am aware she is not paid at least minimum wage for all the hours worked more than ten hours a day because she received a flat pay of ($1000) irrespective of the hours worked by her.

78. I am also aware that when she is not too busy apart from serving the food to customers she had to also pick up the phone calls and help customers check out.

79. Though she worked more than forty (40) hours a week, she would not receive any Overtime Premiums for the hours worked they worked in excess of forty (40) hours a week nor the spread of hours for all the hours worked.

80. I know one waitress called Tina. She is not fat. She is around 5.00-foot-tall and is from Fu Zhou, China. She is around the age group of 30 to 33 years old.

81. She started working there in the year 2009. I am not sure if she is still working there. When I was working there, we have the same working hours every day.

82. I know she would get more than one (1) day off. Sometimes she gets two (2) days off a week. I don't remember which day she would get day off, because 4 people can shift their work.

83. Whenever the restaurant was not too busy we often interacted with each other about the work and she would often tell how she is not paid for all the hours she worked more than forty (40) hours a week or ten (10) hours a day.

84. I am also aware that she is also paid a basic salary of about thousand ($1000) dollars a month with around one hundred dollars ($100) tips when the restaurant is busy and about fifty dollars ($50) tips a day when the restaurant is not busy.

85. Apart from serving the people at the restaurant She was also responsible to pick up the phone calls and help customers to check out when she is not busy.

86. Though she worked more than forty (40) hours a week, she would not receive any Overtime Premiums for the hours worked they worked in excess of forty (40) hours a week and also not the minimum wage or for the spread of hours.

87. I also know a person called Anna who is also from Fu Zhou, China. She is not fat, is around 5.24 foot-tall and about 30 years old.

88. She started working for the Defendants from on or about 2009. When I was working there, we have the same working hours every day but I am not sure if she is still works for the Defendants.

89. I know she would get more than one (1) day off because the remaining waiters take shifts on that day.

90. We would talk to each other. She would often tell me how low she was paid and how much she earned once a month.

91. I am also aware that she is also paid a basic salary of about thousand ($1000) dollars a month with around one hundred dollars ($100) tips when the restaurant is busy and about fifty dollars ($50) tips a day when the restaurant is not busy.

92. She was responsible to pick up the phone and to help the customers to check out when she is not busy.

93. Though she worked more than forty (40) hours a week, she would not receive any Overtime Premiums for the hours worked they worked in excess of forty (40) hours a week and also not the minimum wage or for the spread of hours.

94. I know a person called Andy who worked for the Defendants as the waiter. He is not tall, not fat, about 5.64 foot and short hair. He is from Fu Zhou, China and is around on or about 33 years old.

95. He started working there even before I started working and might be still working for the Defendants.

96. I am aware that he got about two days off during the week because the other waiters would work in his shift.

97. I am also aware that he is also paid a basic salary just like all the other waitresses of about thousand ($1000) dollars a month with around one hundred dollars ($100) tips when the restaurant is busy and about fifty dollars ($50) tips a day when the restaurant is not busy.

.

98. He was also responsible to pick up the phone calls and help customers check out when he is not busy.

99. Though he worked more than forty (40) hours a week, he would not receive any Overtime Premiums for the hours worked they worked in excess of forty (40) hours a week and also not the minimum wage or for the spread of hours.

100. I am also aware of a fellow deliveryman named little Qian He is around 40 years old, and is about 5.64 foot-tall. He is thin and has short hair and is from He Nan, China..

101. He worked at Matsu 3 or 4 years before I started working there and I am aware that he still works there for the Defendants'.

102. He worked same hours as I did. He gets one day and half a day off every week.

103. He got more tips than waitresses and waiters. Sometimes he would get around seventy dollars ($70) tips for several deliveries. However, I am not sure if his tips would be reduced or being deducted from his pay.

104. I know this because I am a packer. I can see the amount of tips he gets on the order page when he brings pack the receipt.

105. I think he can get a little more than four thousand dollars ($4,000) a month. That is the reason why he is still working there.

106. I sincerely hope that this Court allows me to represent the interest of my co-workers in this action. These Defendants exploited me and my co-workers, and it is my hope that we will be permitted to recover wages that we are owed.

107. This has been translated into my native language of Chinese and I understand the contents.

Case 3:18-cv-00203-CSH   Document 34-4   Filed 09/05/18   Page 13 of 13

Dated:  <u>GUI ZHEN ZHU</u>
Zhu, Guizhen

Sworn to me this 14 day of August, 2018

JOHN TROY
Notary Public, State of New York
No. 02TR6121824
Qualified in Queens County
Commission Expires 04/12, 2021

_____
Notary Public