# EXHIBIT

TROY LAW, PLLC
John Troy (JT 0481)
41-25 Kissena Boulevard Suite 119
Flushing, NY 11355
Tel: (718) 762-1324
*Attorney for the Plaintiff, proposed FLSA Collective and potential Rule 23 Class*

Case No. 18-cv-00203

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
GUI ZHEN ZHU, and
RONG JIAO YIN,
*on her own behalf and on behalf of others similarly situated*

                          Plaintiff,
                          v.

MATSU CORP d/b/a Matsu;
MATSU GRILL CO. LLC, d/b/a Matsuri;
KIMMING MARTY CHENG, and
ZIQIAO CAO a/k/a Michael Cao

                          Defendants.
-----------------------------------------------------------X

**AFFIDAVIT OF GUI ZHEN ZHU**

I, GUI ZHEN ZHU being duly sworn and under penalty of perjury, deposes and states as follows:

1. I am a resident of Queens, New York, and I am over 18 years old.

2. From on or about November 1, 2012 to February 29, 2016, I worked as a packer for MATSU CORP d/b/a Matsu, located at 33 Jessup Road, Westport, CT 60880.

3. As a packer, I was up and deliver our customers. Apart from packing the food I also had to prepare salad and soup for delivery man to deliver to the customers.

4. Throughout my employment at the Defendants' MATSU CORP d/b/a Matsu, my regular work schedule would change from time to time.

5. From on or about January 1, 2012 to on or about December 31, 2014, I worked six (6) days a week with Monday off, and my regular work schedule ran as follows:

2 of 5

    a. From 10:40 to 22:00 for eleven hours twenty minutes (11.20) a day with one lunch break for (1) hour at 14:30 from Tuesday through Thursday and Sunday.

    b. From 10:40 to 23:00 for twelve hours and twenty minutes (12.20) a day with one lunch break for (1) hour at 14:30 on Friday.

    c. From 11:40 to 23:00 for eleven hours and twenty minutes (11.20) a day with one lunch break for (1) hour at 14:30 on Saturday.

6. From on or about January 1, 2015 to on or about February 29, 2016, while working with the Defendants' I worked six (6) days a week with Sunday off, and my regular work schedule ran as follows:

    a. From 10:40 to 22:00 for eleven hours twenty minutes (11.20) a day with a one (1) hour lunch break at 14:30 from Monday through Thursday.

    b. From 10:40 to 23:00 for twelve hours and twenty minutes (12.20) a day with one lunch break for (1) hour at 14:30 on Friday.

    c. From 11:40 to 23:00 for eleven hours and twenty minutes (11.20) a day with one lunch break for (1) hour at 14:30 Saturday.

7. In addition, I would need to come into the restaurant twice (2) or three (3) times a week for about one to two hours in the morning when the "big orders" [the total order price would exceed more than two thousand dollars ($2000)] come in.

8. Therefore, the average total number of hours I worked per week would be around seventy-two (72) hours per week including the additional four (4) hours I work twice or thrice a week in the morning.

9. I was given one hour of lunch break but often was required to cut short, whenever an order would come in, I would pack the food in order for the delivery drivers to deliver the food to the customers.

10. I was never given a dinner break I would need to wait until I get off work to have dinner.

11. At all relevant times, I was paid a flat compensation of total two thousand dollars ($2,000) a month. In which I was paid One thousand dollars ($1,000) in cash at the middle of the month and the rest of the one thousand dollars ($1,000) was paid on the end of the month through Check.

12. Throughout my employment with the Defendants I never received any special gratuities for my work as a packer.

13. I was not paid the required minimum wage.

14. I worked more than 40 hours in a week and did not receive any additional compensation of one- and one-half times my regular rate wage.

15. I worked in excess of 10 hours and never received one extra hour's pay at the basic minimum hourly wage rate for each day I worked in excess of 10 hours pursuant to the spread-of-hours premium,

16. I did not receive any statement listing hours worked, rates paid, gross wages, etc.

17. I did not receive any detailed pay stub information every payday.

18. I did not receive any written notice, in my primary language, about the terms and conditions of employment related to rate of pay, regular pay cycle, and rate of overtime pay every day.

19. From personal observation, there were five (5) people working in the kitchen, including me (packer), three (3) cooks, one (1) amigo and one dish washer; one (1) full time delivery

men and one (1) part-time delivery man; four (4) sushi bar chef; two (2) waiters and two (2) waitresses; one (1) manager for a total of sixteen (16) people over there during my time of employment with the Defendants.

20. I have spoken with other employees formerly employed by defendants and they have revealed to me that they also did not get paid minimum wage and overtime, and they were not given adequate breaks.

21. I know that it is Defendants' policy to not pay employees at least the minimum wage for each hour worked including not paying the employees at time and a half rate for their overtime hours.

22. From my observation, many of the people who work at Matsu can neither read nor speak fluent English.

23. I believe that there must be more employees that were treated unfairly during the time I worked there and after the time I left. They may be afraid to join this action because they are working in the United States without legal documentation.

24. Furthermore, I believe that there is an estimated total of more than 50 individuals who have experienced the claims stated herein.

25. Therefore, I submit this affidavit in support of Plaintiff's motion for class action.

26. This has been translated into my native language of Chinese and I understand the contents.

Dated: 11/30/2018

Flushing, NY

GUI ZHEN ZHU
Zhu, Gui Zhen

Sworn to me this 30 day of November 20 18

AARON B. SCHWEITZER
Notary Public, State of New York
No. 02SC6380865
Qualified in Nassau County
Commission Expires Sept. 17 2022

Notary Public