TROY LAW, PLLC
John Troy (JT 0481)
41-25 Kissena Boulevard Suite 119
Flushing, NY 11355
Tel: (718) 762-1324
*Attorney for the Plaintiff, proposed FLSA Collective and potential Rule 23 Class*

Case No. 18-cv-00203

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**
---------------------------------------------------------X
GUI ZHEN ZHU, and
RONG JIAO YIN,
*on their own behalf and on behalf of others similarly situated*

        Plaintiffs,
v.
MATSU CORP d/b/a Matsu; and
MATSU GRILL CO. LLC, d/b/a Matsuri and;
KIMMING MARTY CHENG, and
ZIQIAO CAO a/k/a Michael Cao

        Defendants.
---------------------------------------------------------X

**29 U.S.C. § 216(b) COLLECTIVE ACTION & FED. R. CIV. P. 23 CLASS ACTION**

**AFFIDAVIT OF RONG JIAO YIN IN SUPPORT OF PLAINTIFF'S MOTION FOR CONDITIONAL COLLECTIVE CERTIFICATION**

I, RONG JIAO YIN being duly sworn and under penalty of perjury, deposes and states as follows:

1. I am a resident Queens, New York, and I am over 18 years of age.

2. I have personal knowledge of the matters stated below.

3. From on or about July 1, 2014 to November 30, 2015, I worked as a waitress for MATSU CORP d/b/a Matsu, located at 33 Jessup Road, Westport, CT 60880.

4. As a waitress, it was my job to serve the customers in the restaurant, prepare chopsticks with napkin and sometimes help pack the food for customers.

5. My orders were normally given to me by SOPHIA LIAN, who was the Lady Boss or her brother, LING TAO LIAN. The two of them would normally work as the receptionist and tell me which delivery order to make.

1 of 8

6. I am aware that most of the employees at the MATSU CORP d/b/a Matsu can only speak and understand Mandarin, or Chinese language.

7. But there is a Hispanic or a Spanish speaking Chef who can understand and speak only Spanish.

8. Throughout my employment at the Defendants' MATSU CORP d/b/a Matsu, my regular work schedule would change from time to time.

9. At all relevant times, my regular work schedule ran as follows:

    a. From 11:00 to 21:30 on Sunday, Monday, Wednesday and Thursday for ten and thirty minutes' hour (10.30) hours a day, with a one (1) hour break between 15:00 and 16:00;

    b. From 11:00 to 22:00 on Friday for eleven (11) hours a day, with a one (1) hour break between 15:00 and 16:00; and

    c. From 15:00 to 21:30 or 22:00 for six hours and 30 minutes (6.30) hours or seven (7) hours either on a Saturday or a Sunday, and I was required to get on van at 14:00.

10. Most of the other working days, I was required to get into the van that was arranged by MATSU CORP at 9:45.

11. From on or about July 1, 2014 to on or about November 30, 2015, I had Tuesdays off.

12. Therefore, the total number of hours I worked was on or about fifty-nine (59) hours a week.

13. At all relevant times, I was paid a flat compensation of about two hundred dollars ($200) once in every half a month or biweekly i.e., on every 1st and 15th day of a month.

14. I was not given any paystubs for all the wages I received or any other documents about my wage.

15. I was not paid at least the minimum wage for all the hours worked or the over time for all the hours worked more than the regular hours.

16. I was never required to punch in and out during my work with the Defendants.

17. I have never seen a notification, either in the form of poster notices or other means regarding overtime and wages under the FLSA and CMWA.

18. Defendants have never provided me any written notice, either in English or in Chinese (my native language), of my rate of pay, employer's regular pay day, and such other information as required by the CMWA.

19. During my employment with the Defendants I befriended some of the employees who were also not paid at least the minimum wage and overtime wage pay for all the hours worked more than ten (10) hours a day.

20. I also know that for employees who worked full time, including but not limited to, tipped employees, it is Defendants' policy to not pay at time and a half rate for all the hours worked more than ten hours a day or forty hours a week.

21. I know that it is Defendants' policy by not pay their employees at least the minimum wage or the overtime compensation for all the hours worked including the 10% tip deduction for the waiter, which is shared by the employees who work at the kitchen.

22. I am aware that my co-workers are also facing a similar situation who are paid similarly and for some of them there is a tip deduction in their wages and for some of them they aren't even paid at least minimum wage for all the hours they worked more than ten (10) hours a day.

23. During my employment with the Defendants, I befriended a fellow waiter named Andy who is from Wenzhou, Zhejiang, China. He is around thirty (30) years old, medium built, tall and has short hair.

24. I know that Andy started working for the Defendants even before I started working at Matsu because during one of our conversations Andy mentioned me since how many years he was working for the Defendant's.

25. Andy and I had similar working schedules because both of us were working as the waiters for the Defendants location. I am also aware that Andy was taking about two days off during the week and worked for about five days a week for more than forty (40) hours a week because we often got into work and out of the work at the same time.

26. Andy was also normally paid at flat rate of two hundred dollars ($200) half a month.

27. I am aware about this because whenever we had a conversation during our break I remember Andy telling me about how less he was paid even though he had been working for the Defendants from a long time.

28. In addition, I am aware about how much he is paid because when the manager Maggie hired me she told me that Andy was paid around two hundred ($200) once every 15 days without tips included.

29. I am aware that it is Defendants policy by not paying its employees their minimum wage or the overtime wages for all the hours worked more than forty (40) hours a week or ten (10) hours a day. Because Andy always complained about of not being paid neither for the overtime wages nor for the minimum wages, he worked in excess of ten hours a day.

30. Andy also mentioned that 10% of his tips were deducted and was required to be given to the employees in kitchen who later would share it among themselves.

31. During my employment at the Defendants, I befriended another fellow waiter, whose name is Ada. Ada is from Fuzhou, Fujian, China and is about forty (40) years old. She is approximately 1.70 meters tall and thin. She has white skin and long hair.

32. I know Ada started working at the Defendants restaurant Matsu even before me and I am aware about this because Ada was already there even before I started my employment with the Defendants.

33. I know that the working schedule of Ada and mine are similar because we both worked in the same position and often would take the same van provided by the Defendants to get off work and get to work.

34. I know that Ada stopped working there once I stopped working for the Defendants.

35. Ada and I would often interact with each other and once she told me that she was paid a flat rate of two hundred dollars ($200) every half a month or biweekly irrespective of the hours she worked for the Defendants'. In addition, I am sure about this because when the manager Maggie hired me I was told how much other co-workers were paid including Ada.

36. During our conversation, Ada also mentioned that 10% of her tips were deducted and was given to the employees in the kitchen who later would share it among themselves.

37. I know another fellow waiter, Paul who is the co-worker of Ada also her uncle. Paul is about fifty-five (55) years old, approximately 1.75 meters tall, thin, and has short hair.

38. Paul started working at Matsu after a month later I started working for the Defendants from on or about August of 2014 and I believe that he is still working there.

39. I know Paul and I had similar working hours because both of us would take the same van to get out of work as well also to arrive at work.

40. I am aware that Paul worked the similar hours and days as I did.

41. During one of our conversation Paul once told me he was paid a flat rate of two hundred dollars ($200) half a month or biweekly.

42. Though, Paul worked more than forty (40) hours a week, Paul would not receive any Overtime Premiums for the hours worked in excess of forty (40) hours per week.

43. Paul' also mentioned that 10% of his tips were deducted and was given to the employees in the kitchen who later would share it among themselves.

44. I know a chef named Oscar who is from Mexico. Oscar is tall and is medium built who mostly speaks in Spanish.

45. Oscar always worked in the kitchen.

46. I am aware that Oscar working hours is slightly longer and works for only five full days and one half day and I know of this schedule because I commute to work every day with him on the same van.

47. Oscar is paid more than me but I am not sure how much he will be paid but I am sure his salary is more than mine.

48. I know another chef, whom we all call "Dingding" Chef. Dingding was always in the kitchen.

49. Dingding Chef worked similar hours as I did but he worked only five full days and one half day. Like Oscar, Dingding and I also take the same van to and from work.

50. Dingding Chef should be paid more than two hundred dollars ($200) a month because of his position at the Defendants. I know this because he cannot get tips and should have higher salary than mine.

51. Athough, Dingding Chef worked more than forty (40) hours a week, Dingding would not receive any Overtime Premiums for the hours worked in excess of forty (40) hours per week.

52. I am aware about this because the days that Dingding and I would have a conversation in the van, Dingding will complain to me about how he never received pay for hours he worked for over forty (40) hours.

53. I also know another chef, who is known as Da Jiang (means "Big Jiang"). Da Jiang is tall and he was about 50 years old in 2015. He is from Shanghai, China.

54. Da Jiang worked in kitchen as well and he is the big chef.

55. Da Jiang also worked the same hours as I did but he worked only five full days and one half day. I know this because we also took the same bus to and from work.

56. Da Jiang is paid more than four hundred dollars ($400) a month. I know this because he cannot get tips and should have higher salary than mine.

57. Though, Da Jiang worked more than forty (40) hours a week, Da Jiang would not receive any Overtime Premiums for the hours worked in excess of forty (40) hours per week and like Dingding and Oscar he also complained to me on our way to and from work.

58. I also know a sushi chef, who is Mr. Song. Mr. Song is approximately 1.70 meters and he was around 35 years old in 2015. He is from Henan, China.

59. Mr. Song worked at sushi bar and working at Matsu earlier than I did and stopped working there somewhere in and around the year 2017.

60. Mr. Song worked the similar hours as I did but he worked for only five full days and one half day. Mr. Song and I also commute to work on the same van and that was how I got to know his schedule.

61. Mr. Song should be paid more than four hundred dollars ($400) a month. I know this because he is the chef and he should get more than waiters.

62. Mr. Song can also get tips from the customers if the customers have a meal at sushi bar.

63. Although Mr. Song worked more than forty (40) hours a week, Mr. Song would not receive any Overtime Premiums for the hours worked in excess of forty (40) hours per week. He always complained on days he would sit close to me on the van.

64. I sincerely hope that this Court allows me to represent the interest of my co-workers in this action. These Defendants exploited me and my co-workers, and it is my hope that we will be permitted to recover wages that we are owed.

65. This has been translated into my native language of Chinese and I understand the contents.

Dated:                                              x  Rongjiao Yin .
                                                       Yin, Rongjiao

Sworn to me this 21st day of August, 2018

_____
Notary Public

JOHN TROY
Notary Public, State of New York
No. 02TR6121824
Qualified in Queens County
Commission Expires 04/12, 20 21.