# EXHIBIT

TROY LAW, PLLC
John Troy (JT 0481)
41-25 Kissena Boulevard
Flushing, NY 11355
Tel: (718) 762-1324
*Attorneys for Plaintiffs, proposed FLSA Collective and potential Rule 23 Class*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

--------------------------------------------------------------- x
GUI ZHEN ZHU,

*on behalf of herself and others similarly situated,*
                Plaintiff,

v.

MATSU CORP
    d/b/a Matsu,
MATSU GRILL CO. LLC
    d/b/a Matsuri,
KIMMING MARTY CHENG, and
ZIQIAO CAO
    a/k/a Michael Cao,
                Defendants.
--------------------------------------------------------------- x

Case No. 3:18-cv-00203

**Affidavit Of RONG JIAO YIN in Support of Motion for Class Action**

Rong Jiao Yin, being over the age of 18, being duly sworn, hereby deposes and says the following:

1.     I am a resident of Queens, NY.

2.     I was employed for the Defendants location MATSU CORP d/b/a Matsu, located at 33 Jessup Road, Westport, CT 60880.

3.     From on or about July 1, 2014 to On or about November 30, 2015, I was employed as a waitress by the Defendants.

4.     I regularly worked from 11:00 to 21:30 for ten and a half (10.50) hours a day on Sundays, Mondays, Wednesdays, Thursdays and Saturdays, and from 11:00 to 22:00 for eleven (11) hours a day on Fridays. However, every week either on a Saturday or a Sunday I worked from 15:00 to

21:30 or 22:00 for six and a half (6.50) hours or seven (7) hours a day. Therefore, I worked for a total of fifty-nine and a half (59.5) or sixty (60) hours a week.

5. During this time period, I was paid two hundred dollars ($200) in cash every half a month or biweekly, i.e., on every 1st and 15th day of a month.

6. I would receive gratuities from the customers during my employment with the Defendants which was supposed to be shared with other co-workers.

7. I was not paid the required minimum hourly wage for all the hours I worked.

8. I worked more than 40 hours a week, but did not receive any additional compensation of required one and a half times minimum hourly wage for the hours I worked more than 40 hours a week.

9. I worked in excess of 10 hours a day and never received one extra hour's pay at the basic minimum hourly wage for each day I worked in excess of 10 hours pursuant to the spread of hours premium, applicable even if there is a split shift.

10. I did not receive any statement listing hours worked, rates paid, gross wages, etc.

11. I did not receive any detailed pay stub information every payday.

12. I did not receive any written notice, in my primary language, about the terms and conditions of employment related to rate of pay, regular pay cycle, and rate of overtime pay every day.

13. I believe Defendants willfully failed to establish, maintain, and keep weekly payroll records for not less than six years. Defendants failed to maintain adequate and accurate written records of actual hours employees worked and true wages employees earned.

14. I know that it is Defendants' policy not to pay their employees at least the minimum wage or the overtime compensation for all the hours worked including the 10% tip deduction for the waiter, which was shared by the employees who work in the kitchen.

15. From personal observation there were three (3) waiters, four (4) kitchen chefs, one (1) sushi bar chef for a total of eight (8) people working there during my time employed by Defendants.

16. I have spoken with other employees formerly employed by MATSU CORP d/b/a Matsu and they have revealed to me that they also did not get paid minimum wage and overtime.

17. From my observation, many of the people who work at MATSU CORP d/b/a Matsu can neither read nor speak fluent English.

18. Furthermore, I believe that there is an estimated total of more than 50 individuals who have experienced the claims stated herein.

19. Therefore, I submit this affidavit in support of Plaintiff's motion for class action.

20. This has been translated into my native language of Chinese and I understand the contents.

Dated: 11/30/2018

Flushing, NY

_____
Yin, Rong Jiao

Sworn to me this 30 day of November, 2018

_____
Notary Public

AARON B. SCHWEITZER
Notary Public, State of New York
No. 02SC6380865
Qualified in Nassau County
Commission Expires Sept. 17, 2022