| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Case** | *Zhu et al v. Matsu Corp et al*, No. 18-cv-00203 (D. Conn.) | | | | | | | | | | |
| **Consent Filed** | 2018-02-07 | | | | | | | | | | |
| **CTGS Limitations** | 2016-02-07 | | | | | | | | | | |
| **FLSA Limitations** | 2015-02-07 | | | | | | | | | | |

### 1  Zhu, Gui Zhen

20200505as 20180730pk 20180728ec

**Position** Packer
**Duration** 2012-11-01  2016-02-29
**@33 JESUP ROAD, WESTPORT, CT 06880**

| | | | Time In | Time Out | Time In | Time Out | Hours (with break) | Hours (no break) |
|---|---|---|---|---|---|---|---|---|
| **Hours Ø** | 2012-11-01 | 2014-12-31 | | | | | | |
| | | Mon | 10.67 | 14.50 | 15.50 | 22.00 | - | - |
| | | Tue | 10.67 | 14.50 | 15.50 | 22.00 | 10.33 | 11.33 |
| | | Wed | 10.67 | 14.50 | 15.50 | 22.00 | 10.33 | 11.33 |
| | | Thu | 10.67 | 14.50 | 15.50 | 22.00 | 10.33 | 11.33 |
| | | Fri | 10.67 | 14.50 | 15.50 | 23.00 | 11.33 | 12.33 |
| | | Sat | 11.67 | 14.50 | 15.50 | 23.00 | 10.33 | 11.33 |
| | | Sun | 10.67 | 14.50 | 15.50 | 22.00 | 10.33 | 11.33 |
| | | | | | | | 63.00 | 69.00 |
| | 1–2 hours (average 1.5 hours) 2–3 times per week (average 2.5 times per week) | | | | | | 3.75 | 3.75 |
| | | | | | | | 66.75 | 72.75 |
| | 2015-01-01 | 2016-02-29 | | | | | | |
| | | Mon | 10.67 | 14.50 | 15.50 | 22.00 | 10.33 | 11.33 |
| | | Tue | 10.67 | 14.50 | 15.50 | 22.00 | 10.33 | 11.33 |
| | | Wed | 10.67 | 14.50 | 15.50 | 22.00 | 10.33 | 11.33 |
| | | Thu | 10.67 | 14.50 | 15.50 | 22.00 | 10.33 | 11.33 |
| | | Fri | 10.67 | 14.50 | 15.50 | 23.00 | 11.33 | 12.33 |
| | | Sat | 11.67 | 14.50 | 15.50 | 23.00 | 10.33 | 11.33 |
| | | Sun | | | | | - | - |
| | | | | | | | 63.00 | 69.00 |
| | 1–2 hours (average 1.5 hours) 2–3 times per week (average 2.5 times per week) | | | | | | 3.75 | 3.75 |
| | | | | | | | 66.75 | 72.75 |

| | | | | | | | Fair Labor Standards Act (FLSA) Damages | | | | | Connecticut General Statutes (CTGS) Damages | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Period | | Hours per Week | Pay per Month | Calculated Weekly Rate | Calculated Hourly Rate | Weeks per Period | Federal Minimum Hourly Rate | Minimum Wage Short-fall per week | Overtime Short-fall per week | Total Short-fall per Week | Damages in Period | Liquidated Damages in Period | Connecticut Minimum Hourly Rate | Minimum Wage Short-fall per week | Overtime Short-fall per week | Total Short-fall per Week | Damages in Period | Liquidated Damages in Period |
| 2012-11-01 | 2012-12-31 | 72.75 | $ 2,000.00 | $461.54 | $ 11.54 | 8.71 | $ 7.25 | | | | | | $ 8.25 | | | | | |
| 2013-01-01 | 2013-12-31 | 72.75 | $ 2,000.00 | $461.54 | $ 11.54 | 52.14 | $ 7.25 | | | | | | $ 8.25 | | | | | |
| 2014-01-01 | 2014-12-31 | 72.75 | $ 2,000.00 | $461.54 | $ 11.54 | 52.14 | $ 7.25 | | | | | | $ 8.70 | | | | | |
| 2015-01-01 | 2015-02-06 | 72.75 | $ 2,000.00 | $461.54 | $ 11.54 | 5.29 | $ 7.25 | | | | | | $ 9.15 | | | | | |
| 2015-02-07 | 2015-12-31 | 72.75 | $ 2,000.00 | $461.54 | $ 11.54 | 46.86 | $ 7.25 | $ - | $ 566.83 | $ 566.83 | $ 26,559.89 | $ 26,559.89 | $ 9.15 | | | | | |
| 2016-01-01 | 2016-02-06 | 72.75 | $ 2,000.00 | $461.54 | $ 11.54 | 5.29 | $ 7.25 | $ - | $ 566.83 | $ 566.83 | $ 2,996.09 | $ 2,996.09 | $ 9.60 | | | | | |
| 2016-02-07 | 2016-02-29 | 72.75 | $ 2,000.00 | $461.54 | $ 11.54 | 3.29 | $ 7.25 | $ - | $ 566.83 | $ 566.83 | $ 1,862.43 | $ 1,862.43 | $ 9.60 | $ - | $ 566.83 | $ 566.83 | $ 1,862.43 | $ 1,862.43 |
| | | | | | | | | | | | **$ 31,418.41** | **$ 31,418.41** | | | | | $ 1,862.43 | $ 1,862.43 |

| Period | | | | | Weeks per Period | Years per Period | | | | | CT Prejudgment Interest (10% per annum) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2012-11-01 | 2016-02-29 | | | | 173.71 | 3.34 | | | | | $ 311.09 |
| 2016-03-01 | 2020-05-05 | | | | 218.14 | 4.20 | | | | | $ 781.30 |
| | | | | | | | | | | | **$ 1,092.39** |

| | |
|---|---|
| **TOTAL (FLSA Damages + FLSA Liquidated Damages + CT Prejudgment Interest)** | **$ 63,929.20** |

**Case** *Zhu et al v. Matsu Corp et al*, No. 18-cv-00203 (D. Conn.)
**Consent Filed** 2018-07-27
**CTGS Limitations** 2016-07-26
**FLSA Limitations** 2015-07-27

## 2  Yin, Rong Jiao

20200505as 20180730pk 20180728ec

**Position** Waitress
**Duration** 2014-07-01  2015-11-30
**@33 JESUP ROAD, WESTPORT, CT 06880**

| | | | Time In | Time Out | Time In | Time Out | Hours (with break) | Hours (no break) |
|---|---|---|---|---|---|---|---|---|
| **Hours Ø** | 2014-07-01 | 2015-11-30 | | | | | | |
| | | Mon | 11.00 | 15.00 | 16.00 | 21.50 | 9.50 | 10.50 |
| | | Tue | | | | | - | - |
| | | Wed | 11.00 | 15.00 | 16.00 | 21.50 | 9.50 | 10.50 |
| | | Thu | 11.00 | 15.00 | 16.00 | 21.50 | 9.50 | 10.50 |
| | | Fri | 11.00 | 15.00 | 16.00 | 22.00 | 10.00 | 11.00 |
| | | Sat | 11.00 | 15.00 | 16.00 | 21.50 | 9.50 | 10.50 |
| | | Sun | 15.00 | | | 21.75 | 6.75 | 6.75 |
| | | | | | | | 54.75 | 59.75 |

### Fair Labor Standards Act (FLSA) Damages / Connecticut General Statutes (CTGS) Damages

| Period | | Hours per Week | Pay per Month | Calculated Weekly Rate | Calculated Hourly Rate | Weeks per Period | Federal Minimum Hourly Rate | Minimum Wage Short-fall per week | Overtime Short-fall per week | Tip Retention per Week | Total Short-fall per Week | Damages in Period | Liquidated Damages in Period | Connecticut Minimum Hourly Rate | Minimum Wage Short-fall per week | Overtime Short-fall per week | Tip Retention per Week | Total Short-fall per Week | Damages in Period | Liquidated Damages in Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-07-01 | 2014-12-31 | 59.75 | $ 400.00 | $92.31 | $ 2.31 | 26.29 | $ 7.25 | | | | | | | $ 8.70 | | | | | | |
| 2015-01-01 | 2015-07-26 | 59.75 | $ 400.00 | $92.31 | $ 2.31 | 29.57 | $ 7.25 | | | | | | | $ 9.15 | | | | | | |
| 2015-07-27 | 2015-11-30 | 59.75 | $ 400.00 | $92.31 | $ 2.31 | 18.14 | $ 7.25 | $ 197.69 | $ 214.78 | $ 261.25 | $ 673.72 | $ 12,223.27 | $ 12,223.27 | $ 9.15 | | | | | | |
| | | | | | | | | | | | | $ 12,223.27 | $ 12,223.27 | | | | | | $ - | $ - |

| Period | | Weeks per Period | Years per Period | | | | | | | | | | | | | | | | CT Prejudgment Interest (10% per annum) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014-07-01 | 2015-11-30 | 74.00 | 1.42 | | | | | | | | | | | | | | | | $ - |
| 2015-12-01 | 2020-05-05 | 231.14 | 4.45 | | | | | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | | | | | | | | $ - |
| | | | | | | | | **TOTAL (FLSA Damages + FLSA Liquidated Damages + CT Prejudgment Interest)** | | | | | | | | | | | $ 24,446.54 |