**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**
------------------------------------------------------------------x
GUI ZHEN ZHU,
*on behalf of themselves and others similarly situated,*
                                    Plaintiffs,

                                                                    No. 18-cv-00203 (CSH)

                    v.

MATSU CORP                                                          **[PROPOSED]**
        d/b/a Matsu,                                                **ORDER GRANTING**
MATSU GRILL CO. LLC                                                 **PREJUDGMENT REMEDY**
        a/k/a Matsuri,                                              **AND DISCLOSURE OF**
KIMMING MARTY CHENG, and                                            **ASSETS**
ZIQIAO CAO
        a/k/a Michael Cao,
                                    Defendants.
------------------------------------------------------------------x

   The Court Orders a prejudgment attachment in the amount of $87,283.35 and further Orders Defendants Matsu Corp d/b/a Matsu, Matsu Grill Co. LLC a/k/a Matsuri, Kimming Marty Cheng, and Ziqiao Cao a/k/a Michael Cao ("Defendants") to disclose the following assets within 30 days of the entry of this Order:

   1.   Bank accounts: for all bank accounts in which Defendants have an interest, including those accounts held by a business in which Defendants have an interest, disclosure of: the type of account (e.g., checking, savings, certificate of deposit); the names and addresses of the institutions where such funds or accounts are maintained; the present balance in each account; the account number for each account; and bank statements from each account for the last 3 years;

   2.   Pensions and retirement accounts: for all pension and/or retirement accounts in which Defendants have an interest, disclosure of: the type of account; the names and addresses of the institutions where such funds or accounts are maintained; the present balance in each account; the account number of each account; and statements from each account for the last 3 years;

   3.   Money market funds or accounts: for all money market funds and/or accounts in

which Defendants have an interest, including those accounts held by a business in which Defendants have an interest, disclosure of: the names of the money market funds or accounts; the names and addresses of the institutions where such funds or accounts are maintained; the present balance in each such fund or account; the account number for each account; and statements from each account for the last 3 years.

4. Real property: for all real property in which Defendants have an interest, including that real property held by a business in which Defendants have an interest, disclosure of: the record owner(s); the location and address of the property; the legal property description; the nature of the interest in the property; the estimated market value of Defendants' interests; and the names and addresses of any lien holders on the property and the amount of such liens.

5. Personal property: for all personal property in which Defendants have an interest, including that personal property held by a business in which Defendants have an interest, disclosure of: the record owner(s); the location and address of the property; the legal property description; the nature of the interest in the property; the estimated market value of Defendants' interests; and the names and addresses of any lien holders on the property and the amount of such liens.

6. Transfer of real and personal property: for all transfers of real and personal property in which Defendants have an interest, including those transfers of real and personal property held by a business in which Defendants have an interest, disclosure of: the date of all transfers of property made in the last three years; the name of the transferee(s); consideration paid for property; the location and address of the property; the legal property description; the nature of the interest in the property; the estimated market value of the property transferred; and the names and addresses of any lien holders on the property and the amount of such liens.

7. Stocks, bonds, commercial paper and securities (collectively, "securities"): for all securities in which Defendants have an interest, including those securities held by a business in which

Defendants have an interest, disclosure of: the entities issuing the securities; the type of security; the amount of shares owned in each entity (if the securities are capital stock) or the principal amount of the securities, as the case may be; the market value of the securities; the present location of the securities; and the series numbers of any stock and bond certificates.

8. Accounts receivable: for all accounts receivable in which Defendants have an interest, including those accounts receivable pertaining to a business in which Defendants have an interest, disclosure of: the names and addresses of the account debtors within the last three years; the amount of the account debtors' obligations; the dates on which the obligations were incurred; and the dates on which such obligations became or become due.

9. Motor vehicles, boats, and airplanes: for all motor vehicles, boats, and airplanes in which Defendants have an interest, including those motor vehicles, boats, and airplanes held by a business in which Defendants have an interest, disclosure of: description and registration number; the city or town where registered; the names and addresses of any lien holders and the amount of such liens; and the estimated market value.

10. Lawsuits: for all lawsuits in which Defendants have an interest, including those lawsuits pertaining to a business in which Defendants have an interest, disclosure of: the name; docket number; location; and description of any pending lawsuits, as well as any verdicts or settlements.

11. All other tangible and intangible assets having a value of $500 or more: for all other assets in which Defendants have an interest, including those assets held by a business in which Defendants have an interest, disclosure of: description of all such assets; the location of such assets; the names and addresses of lien holders and the amount of such liens; and the estimated market value of such assets.

12. Tools and Equipment: for all tools and equipment in which Defendants have an interest, including those tools and equipment held by a business in which Defendants have an interest,

disclosure of: description of all such assets; the location of such assets; the names and addresses of lien holders and the amount of such liens; and the estimated market value of such tools and equipment.

      13.    Income Tax Returns: for all income tax returns in which Defendants have an interest, including those income tax returns pertaining to a business in which Defendants have an interest, disclosure of: copies of all state and federal income tax returns from the last three years; copies of all state and federal business tax returns from the last three years for businesses in which Defendants have an interest; and the names and addresses of tax preparers who have worked with Defendants in the last three years.

SO ORDERED

Dated: _____ _____, 20___

                                                                    Hon. Charles S. Haight, Jr., U.S.D.J.