UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**GUI ZHEN ZU, and**
**RONG JIAO YIN,**      Civil No. 3:18cv203 (CSH)
*Plaintiffs,*

v.

**MATSU CORP., MATSU GRILL**
**CO., LLC, KIMMING MARTY**
**CHENG, and ZIQIAO CAO,**     September 19, 2023
*Defendants.*

## **DEFAULT JUDGMENT**

This matter came on for consideration before the Honorable Charles S. Haight, Jr., United States District Judge, as a result of Plaintiffs' Motion for Default Judgment pursuant to Fed. R. Civ. P. 55(b) (Doc. #95). On July 27, 2023, after the matter was referred, a Recommended Ruling (Doc. #101) was entered by the Honorable Thomas O. Farrish, United States Magistrate Judge, with the recommendation that the Court grant in part the Motion for Default Judgment in favor of Plaintiffs. On September 14, 2023, an Order (Doc. #102) was entered approving and adopting the Recommended Ruling and granting in part and denying in part the Motion for Default Judgment in favor of Plaintiffs and jointly and severally against Defendants Matsu Corp., Matsu Grill Co. LLC, Kimming Marty Cheng, and Ziqiao Cao, as follows:

    A. For the plaintiff Gui Zhen Zhu, $30,941.40;

    B. For the plaintiff Rong Jiao Yin, $20,309.42.

The Court will also award Plaintiffs attorneys' fees in the amount of $28,906.50, and costs in the amount of $1,304.03.

It is therefore ORDERED, ADJUDGED, and DECREED, pursuant to Fed. R. Civ. P. 54(b), that Default Judgment is entered in favor of Plaintiffs Gui Zhen Shu and Rong Jiao Yin and against Defendants Matsu Corp., Matsu Grill Co., LLC, Kimming Marty Cheng, and Ziqiao Cao and the case is closed.

Dated at New Haven, Connecticut, this 19th day of September 2023.

DINAH MILTON KINNEY, Clerk

By: _____/s/_____
Breigh Freberg, Deputy Clerk

EOD:  September 19, 2023